1 | David W. Harlan (admitted *pro hac vice*)
    dharlan@senniger.com
2 | Michael J. Hartley (admitted *pro hac vice*)
    mhartley@senniger.com
3 | SENNIGER POWERS
    100 North Broadway, 17th Floor
4 | Saint Louis, MO 63102
    Telephone: (314) 345-7000
5 | Facsimile: (314) 231-4342

6 | Andrew Leibnitz (State Bar No. 184723)
    aleibnitz@fbm.com
7 | Farella Braun + Martel LLP
    235 Montgomery Street, 17th Floor
8 | San Francisco, CA 94104
    Telephone: (415) 954-4400
9 | Facsimile: (415) 954-4480

10 | Attorneys for Plaintiff
     Cave Consulting Group, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CAVE CONSULTING GROUP, LLC,<br><br>Plaintiff,<br><br>vs.<br><br>INGENIX, INC.,<br><br>Defendant. | Case No. CV 11 0469 JSW<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER CONTINUING INITIAL CASE MANAGEMENT CONFERENCE** |

WHEREAS the Initial Case Management Conference in this matter is scheduled for May 13, 2011 at 1:30 p.m.;

WHEREAS the parties have engaged in initial discussions about potentially resolving this litigation;

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

CASE NO. CV 11 0469 JSW
STIPULATION AND ~~PROPOSED~~ ORDER
CONTINUING INITIAL CMC

26444\2583604.2

1  WHEREAS the parties agree that they need approximately an additional thirty days to
2  assess how to proceed with this action;

3  WHEREAS counsel for Ingenix, Inc., Devan Padmanabhan of Dorsey & Whitney (50 S.
4  Sixth St., Suite 1500, Minneapolis, MN 55402, (612) 340-2600), has not yet appeared in this
5  matter, but agrees to the continuance proposed herein while preserving all rights to answer, move,
6  or otherwise respond to the Complaint once served;

7  IT IS HEREBY STIPULATED AND AGREED THAT the Initial Case Management
8  Conference in this matter should be continued to June 17, 2011 at 1:30 p.m., or such date
9  thereafter as convenient for the Court, with the case schedule continued accordingly pursuant to
10 the Court's Order Setting Case Management Conference And Requiring Joint Case Management
11 Conference Statement of February 3, 2011.

Dated: April 21, 2011                           FARELLA BRAUN + MARTEL LLP


                                                By: /s/ Andrew Leibnitz
                                                    Andrew Leibnitz

                                                Attorney for Plaintiff
                                                Cave Consulting Group, LLC


## ORDER

Pursuant to stipulation and for good cause shown, the Initial Case Management Conference in this matter is continued to 1:30 p.m. on June 17, 2011. All previously set case deadlines are continued accordingly.

Dated: April __21__, 2011

_____
Hon. Jeffrey S. White
United States District Court Judge

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

CASE NO. CV 11 0469 JSW
STIPULATION AND ~~PROPOSED~~ ORDER
CONTINUING INITIAL CMC

- 2 -

26444\2583604.2