| | |
|---|---|
| 1 | Michael J. Hartley (*pro hac vice*) |
|   | mhartley@senniger.com |
| 2 | SENNIGER, POWERS, LEAVITT & ROEDEL |
|   | 101 N. Broadway, 17th Floor |
| 3 | St. Louis, MO 63102 |
|   | Telephone: (314) 345-7000 |
| 4 | Facsimile: (314) 231-4342 |
| 5 | Andrew Leibnitz (State Bar No. 184723) |
|   | aleibnitz@fbm.com |
| 6 | FARELLA BRAUN + MARTEL LLP |
|   | 235 Montgomery Street, 17th Floor |
| 7 | San Francisco, CA 94104 |
|   | Telephone: (415) 954-4400 |
| 8 | Facsimile: (415) 954-4480 |
| 9 | Attorneys for Plaintiff |
|   | CAVE CONSULTING GROUP, LLC |

**IT IS SO ORDERED**
Judge Edward J. Davila
5/24/2011

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA (SAN JOSE)

| | |
|---|---|
| CAVE CONSULTING GROUP, LLC, | Case No.  CV 11-0469 EJD |
| Plaintiff, | **NOTICE OF WITHDRAWAL OF ATTORNEY MICHAEL J. HARTLEY** |
| vs. | |
| INGENIX, INC., | |
| Defendant. | |

TO THE COURT AND ALL ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE at the following attorney withdraws his appearance as counsel for Plaintiff Cave Consulting Group, LLC:

> Michael J. Hartley (*pro hac vice*)
> Senniger, Powers, Leavitt & Roedel
> 100 N. Broadway, 17th Floor
> St. Louis, MO 63102
> Tel: (314) (314) 345-7000
> Facsimile: (314) 231-4342
> Email: mhartley@senniger.com

Pursuant to General Order No. 45, please remove Mr. Hartley from this case so that he will no longer receive Notices of Electronic Filing related to this case. The law firms of

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA  94104
(415) 954-4400

NOTICE OF WITHDRAWAL OF
ATTORNEY MICHAEL J. HARTLEY

26444\2623038.1

Armstrong Teasdale and Farella Braun + Martel LLP will continue to represent Cave Consulting Group, LLC. Please continue to direct all future service to Andrew Leibnitz of Farella Braun + Martell LLP and David W. Harlan (*pro hac vice*) of Armstrong Teasdale LLP.

Dated: May 24, 2011

SENNIGER, POWERS, LEAVITT & ROEDEL, LLP

By: /s/ Michael J. Hartley
      Michael J. Hartley

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA  94104
(415) 954-4400

NOTICE OF WITHDRAWAL OF
ATTORNEY MICHAEL J. HARTLEY

- 2 -

26444\2623038.1