1  David W. Harlan (admitted *pro hac vice*)
   dharlan@armstrongteasdale.com
2  Armstrong Teasdale
   7700 Forsyth Blvd., Suite 1800
3  Saint Louis, MO 63105
   Telephone: (314) 621-5070
4  Facsimile: (314) 621-5065

5  Andrew Leibnitz (State Bar No. 184723)
   aleibnitz@fbm.com
6  Farella Braun + Martel LLP
   235 Montgomery Street, 17th Floor
7  San Francisco, CA 94104
   Telephone: (415) 954-4400
8  Facsimile: (415) 954-4480

9  Attorneys for Plaintiff
   Cave Consulting Group, LLC
10

11                UNITED STATES DISTRICT COURT

12                NORTHERN DISTRICT OF CALIFORNIA

13                      SAN JOSE DIVISION

14

| 15 | CAVE CONSULTING GROUP, LLC, | Case No. CV 11 0469 EJD |
|---|---|---|
| 16 | Plaintiff, | **STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO SERVE COMPLAINT** |
| 17 | vs. | |
| 18 | INGENIX, INC., | |
| 19 | Defendant. | |
| 20 | | |

21

22      WHEREAS on January 31, 2011, Plaintiff Cave Consulting Group, LLC filed a

23  Complaint naming Ingenix, Inc. ("Ingenix") as a defendant;

24      WHEREAS the last day to serve the Complaint on defendant is May 31, 2011;

25      WHEREAS the parties have engaged in a series of discussions about potentially resolving

26  this litigation;

27      WHEREAS the parties agree that they need approximately an additional forty days to

28  assess how to proceed with this action;

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

CASE NO. CV 11 0469 EJD
STIPULATION EXTENDING TIME TO SERVE
COMPLAINT

WHEREAS counsel for Ingenix, Inc., Devan Padmanabhan of Dorsey & Whitney (50 S. Sixth St., Suite 1500, Minneapolis, MN 55402, (612) 340-2600), has not yet appeared in this matter, but agrees to the continuance proposed herein while preserving all rights to answer, move, or otherwise respond to the Complaint once served;

IT IS HEREBY STIPULATED AND AGREED THAT the time to serve the Complaint is extended by forty days and the Plaintiff may serve the Complaint by July 11, 2011.

Dated: May 26, 2011                                    FARELLA BRAUN + MARTEL LLP


By: /s/ Andrew Leibnitz
    Andrew Leibnitz

Attorney for Plaintiff
Cave Consulting Group, LLC

## ORDER

Pursuant to stipulation and for good cause shown, the time to serve the Complaint is extended by forty days and the Plaintiff may serve the Complaint by July 11, 2011.

Dated: May __27__, 2011                                    _____
    Hon. Edward J. Davila
    United States District Court Judge

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

CASE NO. CV 11 0469 EJD
STIPULATION EXTENDING TIME TO SERVE COMPLAINT

- 2 -

## ATTORNEY'S E-FILING ATTESTATION

As the attorney e-filing this document, and pursuant to General Order 45(X)(B), I hereby attest that Defendant's counsel, Devan Padmanabhan of Dorsey & Whitney (50 S. Sixth St., Suite 1500, Minneapolis, MN 55402, (612) 340-2600), has concurred in the filing of this document.

Dated: May 26, 2011                      FARELLA BRAUN + MARTEL LLP


By: /s/ Andrew Leibnitz
    Andrew Leibnitz

    Attorneys for Plaintiff
    Cave Consulting Group, LLC

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

CASE NO. CV 11 0469 EJD
STIPULATION EXTENDING TIME TO SERVE
COMPLAINT

- 3 -