RECEIVED

2011 JUL 18 P 1: 23

RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
N.D. OF CA. SAN JOSE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAVE CONSULTING GROUP, LLC,<br><br>Plaintiff,<br><br>vs.<br><br>INGENIX, INC.,<br><br>Defendant. | Case No. CV 11-0469 EJD<br><br>[PROPOSED] ORDER GRANTING APPLICATION OF RICHARD L. BROPHY TO APPEAR *PRO HAC VICE* |

Richard L. Brophy, an active member in good standing of the bar of the state of Missouri, whose business address is Armstrong Teasdale, 7700 Forsyth Blvd., Suite 1800, St. Louis, MO 63105, telephone (314) 621-5070, having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis representing Plaintiff Cave Consulting Group, LLC.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designed in the application will

///

///

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

(Proposed) ORDER GRANTING RICHARD
L. BROPHY APPLICATION TO APPEAR
*PRO HAC VICE*

26444\2622910.1

1  constitute notice to the party.  All future filings in this case are subject to the requirements
2  contained in General Order No. 45, *Electronic Case Filing*.
3
4  Dated: __July 27, 2011__
5
                                                    _____
                                                    Honorable Edward J. Davila
6                                                   United States District Judge

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

(Proposed) ORDER GRANTING RICHARD
L. BROPHY APPLICATION TO APPEAR
PRO HAC VICE

- 2 -

26444\2622910.1