1  DORSEY & WHITNEY LLP
   Sri K. Sankaran (Cal. Bar No. 236584)
2  sankaran.sri@dorsey.com
   Devan V. Padmanabhan (Petition for Admission *Pro Hac Vice* to be filed)
3  padmanabhan.devan@dorsey.com
   J. Thomas Vitt (Petition for Admission *Pro Hac Vice* to be filed)
4  vitt.thomas@dorsey.com
   50 South Sixth Street, Suite 1500
5  Minneapolis, Minnesota 55402
   Telephone:  (612) 340-2600
6  Facsimile:  (612) 340-2868

7  ATTORNEYS FOR DEFENDANT
   INGENIX, INC.
8

9  David W. Harlan (admitted *pro hac vice*)
   dharlan@armstrongteasdale.com
10 Armstrong Teasdale
   7700 Forsyth Blvd., Suite 1800
11 St. Louis, MO 63105
   Telephone:  (314) 621-5070
12 Facsimile:  (314) 621-5065

13 Andrew Leibnitz (State Bar No. 184723)
   aleibnitz@fbm.com
14 Farella Braun & Martel LLP
   235 Montgomery Street, 17th Floor
15 San Francisco, CA 94104
   Telephone:  (415) 954-4400
16 Facsimile:  (415) 954-4480

17 ATTORNEYS FOR PLAINTIFF
   CAVE CONSULTING GROUP, LLC
18

IT IS SO ORDERED
Judge Edward J. Davila
7/27/2011

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CAVE CONSULTING GROUP, LLC,<br><br>             Plaintiff,<br><br>v.<br><br>INGENIX, INC.,<br><br>             Defendant. | CASE NO.  5:11-CV-0469 EJD<br><br>**STIPULATION FOR EXTENSION OF TIME TO RESPOND TO FIRST AMENDED COMPLAINT** |

Pursuant to Local Rule 6-1(a) the parties through their undersigned counsel stipulate to a thirty-day extension of the time within which Defendant may answer or otherwise respond to the First Amended Complaint, up to and including August 31, 2011.

The reason for the stipulation is that a new patent has recently issued to Defendant, and Defendant needs additional time to evaluate whether its pleading in response to the First Amended Complaint should include a counterclaim with respect to this recently issued patent.

The extension will not impact the schedule for the case, as the Case Management Conference is currently set for October 14, 2011.

Previously, the parties requested that the Case Management Conference be continued from May 13, 2011 to June 17, 2011, as the parties we attempting to settle the dispute. Subsequently the case was reassigned to the Honorable Edward J. Davila, and the Case Management Conference was re-set sua sponte to October 14, 2011.

On May 27, 2011, the parties requested that the deadline for Plaintiff to serve the First Amended Complaint be extended until July 11, 2011.

Accordingly, the parties stipulate that Defendant shall have up to and including August 31, 2011, to answer or otherwise respond to the First Amended Complaint.

Respectfully submitted,

Dated:  July 27, 2011            ARMSTRONG TEASDALE

                                 By:  /s/ David W. Harlan

Dated:  July 27, 2011            DORSEY & WHITNEY LLP

                                 By:  /s/ Sri K. Sankaran
                                      Sri K. Sankaran

**ATTORNEY'S E-FILING ATTESTATION**

As the attorney e-filing this document, and pursuant to General Order 45(X)(B), I hereby attest that Plaintiff's counsel, David W. Harlan, of Armstrong Teasdale, 7700 Forsyth Blvd., Suite 1800, St. Louis, MO 63105, (314) 621-5070, has concurred in the filing of this document.

Dated: July 27, 2011               DORSEY & WHITNEY LLP

                                   By:  /s/ Sri K. Sankaran
                                        Sri K. Sankaran

                                   ATTORNEYS FOR DEFENDANT
                                   INGENIX, INC.