Andrew Leibnitz (State Bar No. 184723)
aleibnitz@fbm.com
FARELLA BRAUN + MARTEL LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
Telephone: (415) 954-4400

David W. Harlan (*pro hac vice*)
B. Scott Eidson (*pro hac vice*)
Richard L. Brophy (*pro hac vice*)
dharlan@armstrongteasdale.com
seidson@armstrongteasdale.com
rbrophy@armstrongteasdale.com
ARMSTRONG TEASDALE LLP
7700 Forsyth Blvd. Suite 1800
St. Louis, MO 63105
Telephone: (314) 621-5070
   *Attorneys for Plaintiff*
   CAVE CONSULTING GROUP, LLC

Patricia A. Welch (Cal. Bar No. 127889)
welch.patricia@dorsey.com
DORSEY & WHITNEY LLP
305 Lytton Avenue
Palo Alto, California 94301
Telephone: (650) 857-1717

J. Thomas Vitt *(pro hac vice)*
vitt.thomas@dorsey.com
DORSEY & WHITNEY LLP
50 South Sixth Street, Suite 1500
Minneapolis, MN 55402-1498
Telephone: (612) 340-8779
   *Attorneys for Defendant INGENIX, INC.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAVE CONSULTING GROUP, LLC,<br><br>         Plaintiff,<br><br>   vs.<br><br>INGENIX, INC.,<br><br>         Defendant. | Case No. 5:11-cv-0469-EJD<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING CAVE CONSULTING GROUP, LLC'S AMENDMENT OF ITS INITIAL INFRINGEMENT CONTENTIONS** |

STIPULATION TO AMEND
INFRINGEMENT CONTENTIONS
Case No. 5:11-cv-0469-EJD

1   WHEREAS Local Patent Rule 3-6 provides that a party may request leave to amend its

2   infringement contentions upon a showing of good cause and a lack of undue prejudice to the non-

3   moving party;

4   WHEREAS good cause is established when the need for amendment results from, for

5   example, the "[r]ecent discovery of nonpublic information about the Accused Instrumentality

6   which was not discovered, despite diligent efforts, before the service of the Infringement

7   Contentions," *see* Patent L.R. 3-6(c);

8   WHEREAS, pursuant to the schedule established in this case, CCGroup served its initial

9   infringement contentions on November 4, 2011;

10  WHEREAS, six weeks later, on December 19, 2011, Ingenix responded to CCGroup's

11  first set of discovery requests, producing operational manuals and other documents that describe

12  the functionality of Ingenix's accused products in detail;

13  WHEREAS, based on the detailed information conveyed in these operational manuals,

14  CCGroup contends that additional claims 9, 10, and 29 of its previously-asserted '126 patent read

15  on Ingenix's accused products, and now seeks to amend its Initial Infringement Contentions to

16  include these additional claims;

17  WHEREAS, Ingenix disputes the allegations of infringement, but consents to the

18  amendment of CCGroup's infringement contentions;

19  WHEREAS, as set forth in Local Patent Rule 3-6(c), CCGroup's recent discovery of

20  detailed non-public information about Ingenix's accused products constitutes good cause for

21  leave to amend its Infringement Contentions, *see* Patent L.R. 3-6(c); and

22  WHEREAS, the parties are still in the early stages of claim construction and have yet to

23  file any briefing with the Court, and the parties agree that Ingenix will not be unduly prejudiced

24  by the requested amendment;

25  IT IS HEREBY STIPULATED by and between the parties hereto through their respective

26  attorneys of record that, subject to approval by the Court, that CCGroup may amend its

27  Infringement Contentions to add claims 9, 10, and 29 of the '126 Patent.

28

Armstrong Teasdale LLP
7700 Forsyth Blvd., Suite 1800
Saint Louis, MO  63105
(314) 621-5070

STIPULATION TO AMEND
INFRINGEMENT CONTENTIONS          - 2 -
Case No. 5:11-cv-0469-EJD

26444\2962768.1

| | |
|---|---|
| Dated: February 16, 2011 | Respectfully submitted, |
| | FARELLA BRAUN + MARTEL LLP |
| | By: /**s**/ Andrew Leibnitz<br>    Andrew Leibnitz |
| | ARMSTRONG TEASDALE, LLP<br>David W. Harlan (*pro hac vice*)<br>B. Scott Eidson (*pro hac vice*)<br>Richard L. Brophy (*pro hac vice*) |
| | Attorneys for Plaintiff<br>CAVE CONSULTING GROUP, LLC |
| | DORSEY & WHITNEY LLP |
| | By: /**s**/ J. Thomas Vitt<br>    J. Thomas Vitt *(pro hac vice)* |
| | Patricia A. Welch (Cal. Bar No. 127889) |

## CERTIFICATION OF ELECTRONIC SIGNATURES

Pursuant to General Order 45(X), the undersigned filer of this document certifies that concurrence in the filing of this document has been obtained from each of the other signatories.

/**s**/ Andrew Leibnitz
Andrew Leibnitz

## [PROPOSED] ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED this 21st day of February, 2012.

_____
HON. EDWARD J. DAVILA
United States District Judge

Armstrong Teasdale LLP
7700 Forsyth Blvd., Suite 1800
Saint Louis, MO 63105
(314) 621-5070

STIPULATION TO AMEND
INFRINGEMENT CONTENTIONS - 3 -
Case No. 5:11-cv-0469-EJD

26444\2962768.1