

IT IS SO ORDERED
AS MODIFIED

Judge Edward J. Davila

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CAVE CONSULTING GROUP, LLC, <br><br> Plaintiff, <br><br> v. <br><br> INGENIX, INC., <br><br> Defendant. <br><br> AND RELATED COUNTERCLAIMS | CASE NO. 5:11-CV-0469 EJD <br><br> [PROPOSED] ORDER GRANTING DEFENDANT INGENIX, INC.'S MOTION TO MODIFY THE CASE MANAGEMENT ORDER (CONSENTED TO BY PLAINTIFF CAVE CONSULTING GROUP, LLC) |

On October 18, 2011 this Court issued its first Case Management Order in this action. Plaintiff Cave Consulting Group, LLC has consented to Defendant Ingenix, Inc.'s motion to modify the deadlines imposed by the Patent Local Rules and set forth in the Court's October 18, 2011 order.

Based upon the papers submitted and for good cause shown,

IT IS HEREBY ORDERED that the schedule set forth in the Court's October 18, 2011 Case Management Order is modified as follows:

| EVENT | DEADLINE PER 10/18/11 COM | PROPOSED NEW DEADLINE |
|---|---|---|
| Patent L.R. 3-1 Initial Disclosures | November 4, 2011 | February 20, 2012<br>CCG provides Amended Infringement Contentions addressing newly-asserted claims 9, 10, and 29 |
| Patent L.R. 3-3 Initial Disclosures | December 19, 2011 | March 19, 2012<br>Ingenix provides Amended Invalidity Contentions addressing newly-asserted claims |
| Patent L.R. 4-1 Proposed Terms for Construction | January 2, 2012 | March 26, 2012<br>Parties exchange any additional terms from the newly-asserted claims |
| Patent L.R. 4-2 Preliminary Claim Construction | January 23, 2012 | April 6, 2012 |
| Patent L.R. 4-3 Joint Claim Construction | February 17, 2012 | April 17, 2012 |
| Patent L.R. 4-4 Complete Markman Discovery | March 12, 2012 | May 11, 2012 |
| Patent L.R. 4-5 Opening Markman Brief | April 2, 2012 | June 1, 2012 |
| Response Markman Brief | April 16, 2012 | June 15, 2012 |
| Technology Tutorial and Claim Construction Hearing | May 10, 2012 at 2 p.m. | August 9, 2012, at 2:00 p.m. |
| Patent L.R. 3-7 Advice of Counsel | 50 days after Claim Construction Order | 50 days after Claim Construction Order |
| Non-expert Discovery Cutoff | 90 days after Claim Construction Order | 90 days after Claim Construction Order |
| Designation of Experts | 90 days after Claim Construction Order | 90 days after Claim Construction Order |
| Opening Expert Reports Due | 120 days after Claim Construction Order | 120 days after Claim Construction Order |
| Supplemental/Rebuttal Reports | 150 days after Claim Construction Order | 150 days after Claim Construction Order |
| Expert Discovery Closes | 180 days after Claim Construction Order | 180 days after Claim Construction Order |
| Deadline(s) for Filing Discovery Motions | See Civil Local Rule 37-3 | See Civil Local Rule 37-3 |
| Deadline for Filing Dispositive Motions and Daubert Motions | 210 days after Claim Construction Order | 210 days after Claim Construction Order |

Case No. 5:11-00469 EJD
[PROPOSED] ORDER GRANTING INGENIX'S
MOTION TO MODIFY CASE MANAGEMENT ORDER

| EVENT | DEADLINE PER 10/18/11 COM | PROPOSED NEW DEADLINE |
|---|---|---|
| Preliminary Pretrial Conference | 11:00 a.m. on August 31, 2012 | 11:00 a.m. on November 2, 2012 |
| Joint Preliminary Pretrial Conference Statement | August 21, 2012 | October 23, 2012 |

IT IS FURTHER ORDERED that all other items addressed in the October 18, 2011 are still the Order of this court and shall apply to this case.

Dated:  February 21, 2012

IT IS SO ORDERED
AS MODIFIED
Judge Edward J. Davila

_____
EDWARD J. DAVILA
United States District Judge