| | |
|---|---|
| 1 | DORSEY & WHITNEY LLP |
|   | Patricia A. Welch (Cal. Bar No. 127889) |
| 2 | 305 Lytton Avenue |
|   | Palo Alto, California 94301 |
| 3 | Telephone:  (650) 857-1717 |
|   | Facsimile:  (650) 857-1288 |
| 4 | Email: welch.patricia@dorsey.com |

DORSEY & WHITNEY LLP
J. Thomas Vitt (pro hac vice)
Peter M. Lancaster (pro hac vice)
Mariah Reynolds (pro hac vice)
50 South Sixth Street, Suite 1500
Minneapolis, Minnesota 55402
Telephone:  (612) 340-2600
Facsimile:  (612) 340-2868
Email: vitt.thomas@dorsey.com
           lancaster.peter@dorsey.com
           reynolds.mariah@dorsey.com

DORSEY & WHITNEY LLP
Paul D. Ackerman
51 W. 52nd Street
New York, New York  10019-6119
Telephone: (212) 415-9372
Facsimile: (212) 953-7201
Email: ackerman.paul@dorsey.com

Attorneys for Defendant and Counterclaimant
INGENIX, INC.

**IT IS SO ORDERED**
*Judge Edward J. Davila*
6/21/2013

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA - SAN JOSE DIVISION

| | |
|---|---|
| CAVE CONSULTING GROUP, LLC,  Plaintiff & Counter-claim Defendant, v. INGENIX, INC.,  Defendant & Counter-claim Plaintiff. | CASE NO. 5:11-CV-00469-EJD  INGENIX, INC.'s NOTICE OF NAME CHANGE TO OPTUMINSIGHT, INC.  Judge:  Hon. Edward J. Davila |

# NOTICE OF NAME CHANGE

TO THE COURT AND ALL ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Defendant & Counter-claim Plaintiff, INGENIX, INC. has changed its name to OptumInsight, Inc. ("OptumInsight") due to a corporate re-branding initiative that took place on November 30, 2011.  OptumInsight requests that the court modify the case caption to reflect "OptumInsight, Inc., f/k/a Ingenix, Inc.," in place of Ingenix, Inc.

Dated:  June 18, 2013

DORSEY & WHITNEY LLP

By:  /s/ Patricia Welch
     J. Thomas Vitt
     Peter M. Lancaster
     Paul D. Ackerman
     Mariah Reynolds
     Patricia A. Welch