| | |
|---|---|
| Andrew Leibnitz (State Bar No. 184723)<br>aleibnitz@fbm.com<br>FARELLA BRAUN + MARTEL LLP<br>235 Montgomery Street, 17th Floor<br>San Francisco, CA 94104<br>Telephone: (415) 954-4400<br>Facsimile: (415) 954-4480<br><br>David W. Harlan (*pro hac vice*)<br>B. Scott Eidson (*pro hac vice*)<br>Richard L. Brophy (*pro hac vice*)<br>Mark A. Thomas (*pro hac vice*)<br>dharlan@armstrongteasdale.com<br>seidson@armstrongteasdale.com<br>rbrophy@armstrongteasdale.com<br>mathomas@armstrongteasdale.com<br>ARMSTRONG TEASDALE LLP<br>7700 Forsyth Blvd. Suite 1800<br>St. Louis, MO 63105<br>Telephone: (314) 621-5070<br>Facsimile: (314) 621-5065<br><br>Attorneys for Plaintiff<br>CAVE CONSULTING GROUP, INC. | DORSEY & WHITNEY LLP<br>Patricia A. Welch (Cal. Bar No. 127889)<br>305 Lytton Avenue<br>Palo Alto, California 94301<br>Telephone: (650) 857-1717<br>Facsimile: (650) 857-1288<br>Email: welch.patricia@dorsey.com<br>            eFilingPA@dorsey.com<br><br>DORSEY & WHITNEY LLP<br>J. Thomas Vitt (*pro hac vice*)<br>Mariah L. Reynolds (*pro hac vice*)<br>David A. Couillard (*pro hac vice*)<br>Suite 1500, 50 South Sixth Street<br>Minneapolis, MN 55402-1498<br>Telephone:    (612) 340-2600<br>Facsimile:     (612) 340-2868<br>Email: vitt.thomas@dorsey.com<br>            reynolds.mariah@dorsey.com<br>            couillard.david@dorsey.com<br><br>ANDREWS KURTH LLP<br>Paul D. Ackerman (*pro hac vice*)<br>450 Lexington Avenue<br>New York, NY 10017<br>Telephone: (212) 850-2858<br>Facsimile: (212) 813-8148<br>Email: PaulAckerman@andrewskurth.com<br><br><br>Attorneys for Defendant/Counterclaim Plaintiff<br>OPTUMINSIGHT, INC. |

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| CAVE CONSULTING GROUP, INC.,<br><br>　　　　　Plaintiff/Counterclaim<br>　　　　　Defendant,<br><br>vs.<br><br>OPTUMINSIGHT, INC.,<br><br>　　　　　Defendant/Counterclaim<br>　　　　　Plaintiff. | CASE NO. 5:11-CV-0469-EJD<br><br>**STIPULATION AND [PROPOSED]<br>ORDER OF DISMISSAL OF CERTAIN<br>COUNTS RELATING TO THE DANG<br>PATENTS** |

STIPULATION AND [**PROPOSED** ]
**ORDER OF DISMISSAL**
CASE NO. 5:11-CV-0469-EJD                                    -1-

Plaintiff and Counterclaim Defendant Cave Consulting Group, LLC ("CCGroup") and Defendant and Counterclaim Plaintiff OptumInsight, Inc. ("OptumInsight"), by their undersigned attorneys, state that to avoid the expense and uncertainty of ongoing litigation, the parties have agreed to resolve the claims and counterclaims related to U.S. Patent Nos. 5,835,897; 6,370,511; 7,620,560; 7,774,216; 7,725,333; and 7,979,290 ("Dang patent family") owned by OptumInsight. Specifically, OptumInsight has agreed to provide a release and a covenant not to sue concerning its claims that CCGroup infringes the Dang patent family, and to dismiss those claims with prejudice, while CCGroup has agreed to dismiss without prejudice its claims alleging noninfringement, invalidity, and unenforceability of the Dang patent family. Therefore, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, the parties hereby stipulate and agree as follows:

1) CCGroup hereby dismisses the claims set forth in Counts IV, V, VI, VII, VIII, IX, and X of the Second Amended Complaint filed on May 24, 2013 (Dkt. No. 89), of the above-captioned action WITHOUT PREJUDICE. Counts IV through IX seek a declaratory judgment of non-infringement and invalidity of U.S. Patent Nos. 5,835,897; 6,370,511; 7,620,560; 7,774,216; 7,725,333; and 7,979,290 ("Dang patent family") owned by OptumInsight. Count X seeks a declaratory judgment for inequitable conduct and unenforceability of the patents in the Dang patent family.

2) OptumInsight, Inc. hereby dismisses the claims set forth in Counts III, IV, V, VI, VII, and VIII of its Answer to the Second Amended Complaint and Counterclaim filed on June 24, 2013 (Dkt. No. 96) in the above-captioned action WITH PREJUDICE. Counts III through VIII assert that CCGroup is infringing the patents in the Dang patent family.

STIPULATION AND [PROPOSED]
ORDER OF DISMISSAL
CASE NO. 5:11-CV-0469-EJD                -2-

3)      OptumInsight hereby acknowledges that CCGroup prevailed as to Counts III, IV, V, VI, VII, and VIII of OptumInsight's Answer to the Second Amended Complaint and Counterclaims.

4)      The parties acknowledge that each retains the right to argue that it is the "prevailing party" under 35 U.S.C. § 285 as to the case as a whole at the end of this litigation.

CCGroup and OptumInsight state that this dismissal does not affect the claims for relief set forth in Counts I-III of CCGroup's Second Amended Complaint and Counts I-II of OptumInsight's Answer to Second Amended Complaint and Counterclaim, or the defenses to those claims.  Each party will bear its own costs with respect to the claims dismissed by this stipulation.  CCGroup and OptumInsight also agree and stipulate that this dismissal shall not affect the rights or defenses of either party concerning any motion made for recovery of attorneys' fees under 35 U.S.C. § 285 in this matter, including any motion based in whole or in part on the dismissed claims.

| | | |
|---|---|---|
| 1 | DATED: April 24, 2014 | FARELLA BRAUN + MARTEL LLP |

By: *s/ Richard L. Brophy*
Andrew Leibnitz (Cal. SBN 184723)
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
Telephone: (415) 954-4400
Facsimile: (415) 954-4480
E-mail: aleibnitz@fbm.com

David W. Harlan (*pro hac vice*)
B. Scott Edison (*pro hac vice*)
Richard L. Brophy (*pro hac vice*)
Mark A. Thomas (pro hac vice)
ARMSTRONG TEASDALE LLP
7700 Forsyth Blvd., Suite 1800
St. Louis, MO 63015
Telephone: (314) 621-5070
Facsimile: (314) 621-5065
E-mail: dharlan@armstrongteasdale.com
seidson@armstrongteasdale.com
rbrophy@armstrongteasdale.com
mathomas@armstrongteasdale.com

Attorneys for Plaintiff/Counterclaim Defendant
CAVE CONSULTING GROUP, INC.

STIPULATION AND [PROPOSED]
ORDER OF DISMISSAL
CASE NO. 5:11-CV-0469-EJD            -4-

DATED:  April 24, 2014  DORSEY & WHITNEY LLP

By: *s/ J. Thomas Vitt*
J. Thomas Vitt (Minn. Bar No. 0183817)
Mariah L. Reynolds (Minn. Bar No. 0387386)
David A. Couillard (Minn. Bar No. 0391428)
50 South 6th Street, Suite 1500
Minneapolis, MN 55402-1498
Telephone:  (612) 340-2600
Facsimile:  (612) 340-2868
Email:   vitt.thomas@dorsey.com
reynolds.mariah@dorsey.com
couillard.david@dorsey.com

Patricia A. Welch (Cal. Bar No. 127889)
305 Lytton Avenue
Palo Alto, California 94301
Telephone:  (650) 857-1717
Facsimile:  (650) 857-1288
Email:  welch.patricia@dorsey.com

ANDREWS KURTH LLP
Paul D. Ackerman (N.Y. Bar No. 2756849)
450 Lexington Avenue
New York, NY 10017
Telephone: (212) 850-2858
Facsimile: (212) 813-8148
Email: PaulAckerman@andrewskurth.com

Attorneys for Defendant/Counterclaim Plaintiff
OPTUMINSIGHT, INC.

## **ATTESTATION OF ELECTRONIC SIGNATURES**

Pursuant to Local Rule of Practice in Civil Proceedings 5-1(i)(3), the undersigned filer of this document attests that concurrence in the filing of this document has been obtained from each of the signatories.

DATED:  April 24, 2014  DORSEY & WHITNEY LLP

By: *s/ David A. Couillard*
David A. Couillard

STIPULATION AND [**PROPOSED**]
**ORDER OF DISMISSAL**
CASE NO. 5:11-CV-0469-EJD                      -5-

1  **~~PROPOSED~~ ORDER**

2     PURSUANT TO STIPULATION, IT IS SO ORDERED.

3

4  DATED: _4/28/2014_          _____
                                HONORABLE EDWARD J. DAVILA
5                               UNITED STATES DISTRICT JUDGE

STIPULATION AND [**PROPOSED** ]
**ORDER OF DISMISSAL**
CASE NO. 5:11-CV-0469-EJD                      -6-