IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CAVE CONSULTING GROUP, LLC, | CASE NO. 5:11-cv-00469 EJD |
| Plaintiff(s), | **ORDER SCHEDULING CASE MANAGEMENT CONFERENCE** |
| v. | |
| OPTUMINSIGHT, INC., f/k/a INGENIX, INC., | |
| Defendant(s). | |

It has come to the court's attention that the parties to the above-entitled action intend to file a significant amount of motions in short order, including up to four <u>Daubert</u> motions and up to six motions for summary judgment.

This number of anticipated motions is concerning, and the court believes a scheduling conference is necessary to discuss and manage them. Accordingly, the court schedules this action for a Case Management Conference at **10:00 a.m. on August 22, 2014.** On or before **August 15, 2014,** the parties shall file a Joint Case Management Statement which, inter alia, explains the general subject matter of each anticipated motion, whether any of the motions can be combined, and whether it would be appropriate to decide the motions in phases rather than at the same time.

**IT IS SO ORDERED.**

Dated: July 31, 2014

EDWARD J. DAVILA
United States District Judge

1

CASE NO. 5:11-cv-00469 EJD
ORDER SCHEDULING CASE MANAGEMENT CONFERENCE