IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CAVE CONSULTING GROUP, LLC, | CASE NO. 5:11-cv-00469 EJD |
| Plaintiff(s), | **MOTIONS SCHEDULING ORDER** |
| v. | |
| OPTUMINSIGHT, INC. f/k/a INGENIX, INC., | |
| Defendant(s). | |

This case is scheduled for a Case Management Conference on August 22, 2014. Based on the parties' Joint Case Management Statement and proposed schedule (see Docket Item No. 133) and the agreements contained therein, the court has determined an appearance is unnecessary at this time. Accordingly, the Case Management Conference is VACATED and the parties are ordered to comply with the following orders.

IT IS HEREBY ORDERED that each party is limited to one Motion for Summary Judgment, and that briefing for the parties' anticipated motions shall occur simultaneously according to the following schedule:

| EVENT | DEADLINE |
|---|---|
| Deadline to File Opening Summary Judgment Briefs *(Each brief shall not exceed 40 pages in length)* | September 12, 2014 |

1

CASE NO. 5:11-cv-00469 EJD
MOTIONS SCHEDULING ORDER

| | |
|---|---|
| Deadline to File Opposition Briefs *(Each brief shall not exceed 40 pages in length)* | October 27, 2014 |
| Deadline to File Reply Briefs *(Each brief shall not exceed 20 pages in length)* | November 17, 2014 |
| Hearing on Motions for Summary Judgment | 1:30 p.m. on December 12, 2014 |

IT IS FURTHER ORDERED that each party shall file one *Daubert* motion as to all challenged experts - both liability and damages experts - and that briefing for the parties' anticipated motions shall occur simultaneously according to the following schedule:

| EVENT | DEADLINE |
|---|---|
| Deadline to File Opening *Daubert* Briefs *(Each brief shall not exceed 30 pages in length)* | September 19, 2014 |
| Deadline to File Opposition Briefs *(Each brief shall not exceed 30 pages in length)* | October 31, 2014 |
| Deadline to File Reply Briefs *(Each brief shall not exceed 15 pages in length)* | November 21, 2014 |
| Hearing on Motions for Summary Judgment | 1:30 p.m. on December 12, 2014 |

IT IS FURTHER ORDERED that chambers copies of all briefs shall be submitted as required by Civil Local Rule 5. All chambers copies shall be three-hole punched on the left margin. In addition, chambers copies of all Opening Briefs shall be organized in a binder labeled with the title of the motion on the front cover and spine. The binder must be large enough for the court to insert copies of the opposition and reply briefs, once submitted.

**IT IS SO ORDERED.**

Dated: August 19, 2014

                                                    EDWARD J. DAVILA
                                                    United States District Judge