UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CAVE CONSULTING GROUP, LLC,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>OPTUMINSIGHT, INC.,<br><br>　　　　Defendant. | Case No.  5:11-cv-00469 EJD<br><br>**ORDER RE: HEARING ON DECEMBER 12, 2014** |

　　　　With regard to the hearing scheduled for December 12, 2014, the court orders as follows:

　　　　1.　　Plaintiff's Motion to Exclude the Testimony of Defendant's Experts (Docket Item No. 157) and Defendant's Motion to Exclude the Testimony of Plaintiff's Experts (Docket Item No. 160) are each suitable for decision without oral argument pursuant to Civil Local Rule 7-1(b). Accordingly, those motions are SUBMITTED and counsel need not present further argument as to those motions.

　　　　2.　　The hearing on the Motions for Summary Judgment (Docket Item Nos. 139, 148) shall last no longer than 2 hours, allocated equally between Plaintiff and Defendant.  Within this time limitation, counsel should focus their presentations on invalidation pursuant to §§ 102(b) and 102(g), as well as the Cave Webpage Article.

　　　　**IT IS SO ORDERED.**

Dated:  December 10, 2014

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　EDWARD J. DAVILA
　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge

1

Case No.: 5:11-cv-00469-EJD
ORDER RE: HEARING ON DECEMBER 12, 2014