UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CAVE CONSULTING GROUP, LLC,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>OPTUMINSIGHT, INC.,,<br><br>　　　　　Defendant. | Case No.  5:11-cv-00469 EJD<br><br>**ORDER CONTINUING FINAL PRETRIAL CONFERENCE** |

　　　　The Final Pretrial Conference currently scheduled for February 12, 2015, is CONTINUED to **9:00 a.m. on February 24, 2015.** The parties may, through stipulation and proposed order, adjust any pretrial deadlines scheduled by the undersigned's Standing Order for Civil Cases accordingly.

　　　　**IT IS SO ORDERED.**

Dated:  January 29, 2015

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　EDWARD J. DAVILA
　　　　　　　　　　　　　　　　　　　　United States District Judge

Case No.: 5:11-cv-00469 EJD
ORDER CONTINUING FINAL PRETRIAL CONFERENCE