**Filed**

MAR 1 7 2015

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
### SAN JOSE DIVISION

| | |
|---|---|
| Cave Consulting Group, LLC | No. 11-cv-00469 EJD |
| Plaintiff, | |
| v. | ORDER TO PAY ADDITIONAL ATTENDANCE FEE |
| OptumInsight, Inc. | |
| Defendant | |

In accordance with 28 U.S.C. § 1871(b)(2), petit jurors required to attend more than ten (10) days in hearing one case may be paid, in the discretion of the trial judge, an additional fee, not exceeding $10.00 more than the $40.00 attendance fee, for each day in excess of ten (10) days on which the juror is required to hear such case.

Therefore, IT IS HEREBY ORDERED that each member of the jury hearing the above case shall receive a total attendance fee of $50.00 per day for each day of service in excess of ten (10) days.

Dated: 3/17/15

Edward J. Davila
United States District Judge

United States District Court
For the Northern District of California