FILED

APR 03 2015

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CAVE CONSULTING GROUP, INC., | CASE NO. 5:11-CV-0469-EJD |
| Plaintiff/Counterclaim Defendant, | **SPECIAL VERDICT FORM** |
| v. | |
| OPTUMINSIGHT, INC., f/k/a INGENIX, INC., | |
| Defendant/Counterclaim Plaintiff. | |

When answering the following questions and filling out this Verdict Form, please follow the directions provided throughout the form. Your answer to each question must be unanimous. Some of the questions contain legal terms that are defined and explained in detail in the jury instructions. Please refer to the jury instructions if you are unsure about the meaning or usage of any legal term that appears in the questions below.

We, the jury, unanimously agree to the answers to the following questions and return them under the instructions of this court as our verdict in this case.

## PART I: FINDINGS REGARDING CCGROUP'S '126 PATENT

1. Has CCGroup proven by a preponderance of the evidence that OptumInsight infringes claim 22 of CCGroup's '126 Patent? ("Yes" is a finding for CCGroup, "No" is a finding for OptumInsight.)

    Yes ✓  No ____

2. Has CCGroup proven by a preponderance of the evidence that OptumInsight infringes claim 29 of CCGroup's '126 Patent? ("Yes" is a finding for CCGroup, "No" is a finding for OptumInsight.)

    Yes ✓  No ____

3. Has OptumInsight proven by clear and convincing evidence that CCGroup's '126 Patent does not contain an adequate written description of the claim term "applying a first maximum duration rule to identify episodes of care"? ("Yes" is a finding for OptumInsight, "No" is a finding for CCGroup.)

    Yes ____  No ✓

4. Has OptumInsight proven by clear and convincing evidence that CCGroup's '126 Patent does not contain an adequate written description of the claim term "weighted episode of care statistics"? ("Yes" is a finding for OptumInsight, "No" is a finding for CCGroup.)

    Yes ____  No ✓

If you find that OptumInsight infringes Claim 22 of the '126 patent ("Yes" to Question 1), or if you find that OptumInsight infringes Claim 29 of the '126 patent ("Yes" to Question 2), and you also find that those claims are valid ("No" to Questions 3 and 4), then answer Question 5. If you do not so find, do not answer Question 5, and instead proceed to Part II.

5. State the amount of damages you find that CCGroup has proven by a preponderance of the evidence.   $12,326,000.00

**PART II: FINDINGS REGARDING OPTUMINSIGHT'S '079 PATENT**

6. Has OptumInsight proven by a preponderance of the evidence that CCGroup infringes claim 1 of OptumInsight's '079 Patent? ("Yes" is a finding for OptumInsight, "No" is a finding for CCGroup.)

   Yes \_\_\_\_  No  ✓

7. Has CCGroup proven by clear and convincing evidence that the 1994 article titled "Who Treats Medical Conditions More Cost Efficiently?" anticipates claim 1 of OptumInsight's '079 Patent? ("Yes" is a finding for CCGroup, "No" is a finding for OptumInsight.)

   Yes \_\_\_\_  No  ✓

8. Has CCGroup proven by clear and convincing evidence that OptumInsight's '079 Patent does not contain an enabling disclosure for claim 1? ("Yes" is a finding for CCGroup, "No" is a finding for OptumInsight.)

   Yes \_\_\_\_  No  ✓

If you find that CCGroup infringes claim 1 of the '079 patent ("Yes" to Question 6), and you also find that those claims are valid ("No" to Questions 7 and 8), then proceed to Question 9. If you do not so find, do not answer question 9.

9. State the amount of damages you find that OptumInsight has proven by a preponderance of the evidence. ___0___

*************************************************************************

You have now reached the end of the verdict form and should review it to ensure it accurately reflects your unanimous determinations. The Presiding Juror should then sign and date the verdict form in the spaces below and notify the Security Guard that you have reached a verdict. The Presiding Juror should retain possession of the verdict form and bring it when the jury is brought back into the courtroom.

Dated: April 3, 2015                         _____Heather Dink_____
                                                        Presiding Juror