DORSEY & WHITNEY LLP
Patricia A. Welch (Cal. Bar No. 127889)
305 Lytton Avenue
Palo Alto, California 94301
Telephone: (650) 857-1717
Facsimile: (650) 857-1288
Email: welch.patricia@dorsey.com

DORSEY & WHITNEY LLP
J. Thomas Vitt (*pro hac vice*)
Shannon L. Bjorklund (*pro hac vice*)
David A. Couillard (*pro hac vice*)
Suite 1500, 50 South Sixth Street
Minneapolis, MN 55402-1498
Telephone:     (612) 340-2600
Facsimile:     (612) 340-2868
Email: vitt.thomas@dorsey.com
       bjorklund.shannon@dorsey.com
       couillard.david@dorsey.com

ANDREWS KURTH LLP
Paul D. Ackerman (*pro hac vice*)
450 Lexington Avenue
New York, NY 10017
Telephone: (212) 850-2858
Facsimile: (212) 813-8148
Email: PaulAckerman@andrewskurth.com

Attorneys for Defendant/Counterclaim Plaintiff
OPTUMINSIGHT, INC.

Andrew Leibnitz (State Bar No. 184723)
aleibnitz@fbm.com
FARELLA BRAUN + MARTEL LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
Telephone: (415) 954-4400
Facsimile: (415) 954-4480

David W. Harlan (*pro hac vice*)
Richard L. Brophy (*pro hac vice*)
Mark A. Thomas (*pro hac vice*)
Zachary C. Howenstine
dharlan@armstrongteasdale.com
rbrophy@armstrongteasdale.com
mathomas@armstrongteasdale.com
zhowenstine@armstrongteasdale.com
ARMSTRONG TEASDALE LLP
7700 Forsyth Blvd. Suite 1800
St. Louis, MO 63105
Telephone: (314) 621-5070
Facsimile: (314) 621-5065

Attorneys for Plaintiff
CAVE CONSULTING GROUP, INC.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| CAVE CONSULTING GROUP, INC., <br><br> Plaintiff/Counterclaim Defendant, <br><br> vs. <br><br> OPTUMINSIGHT, INC., <br><br> Defendant/Counterclaim Plaintiff. | CASE NO. 5:11-CV-0469-EJD <br><br> **JOINT STIPULATION AND [PROPOSED] ORDER TO MODIFY POST-TRIAL BRIEFING DEADLINES** |

Pursuant to Civil Local Rule 6-2, and subject to the approval of the Court, Plaintiff and Counterclaim Defendant Cave Consulting Group, Inc. ("CCGroup") and Defendant and Counterclaim Plaintiff OptumInsight, Inc. ("OptumInsight"), by their undersigned attorneys, hereby stipulate to modifying the post-trial briefing deadlines.

WHEREAS, CCGroup filed its Motion Under Fed. R. Civ. P. 54(d)(2) and 35 U.S.C. § 285 For Attorneys' Fees ("Motion for Attorneys' Fees"), (Dkt. 373), on April 20, 2015, and the deadline for OptumInsight to respond is May 4, 2015, pursuant to Civil Local Rule 7-3(a);

WHEREAS, CCGroup's Motion for Attorneys' Fees is 24 pages long, and accompanied by 13 exhibits;

WHEREAS, CCGroup also filed a Bill of Costs on April 20, 2015, (Dkt. 374), and the deadline to file objections to CCGroup's Bill of Costs is also May 4, 2015;

WHEREAS, May 4, 2015, was also the deadline for OptumInsight to file its Renewed Motion for Judgment as a Matter of Law and Alternative Motion for a New Trial, which OptumInsight filed on April 29, 2015 (Dkt. 379);

WHEREAS, counsel for both parties have conferred and agree that, due to the volume of post-trial briefing and the complexity of the issues involved, a modification to the post-trial briefing deadlines is necessary for the parties to fully and adequately present their arguments and authorities to assist the Court in its disposition of these issues;

WHEREAS, these deadlines have not previously been amended;

WHEREAS, the parties do not anticipate that these modifications will adversely affect the date of the scheduled post-trial hearing, which is set for June 24, 2015;

IT IS HEREBY STIPULATED by and between the parties that, subject the approval of the Court:

1. OptumInsight's response to CCGroup's Motion for Attorneys' Fees shall be filed on **May 18, 2015**;

2. CCGroup's Reply in support of CCGroup's Motion for Attorneys' Fees shall be filed on **June 1, 2015**;

3. CCGroup's response to OptumInsight's Renewed Motion for Judgment as a Matter of Law and Alternative Motion for a New Trial shall be filed on **May 27, 2015**; and

4. OptumInsight's Reply in support of OptumInsight's Renewed Motion for Judgment as a Matter of Law and Alternative Motion for a New Trial shall be filed on **June 10, 2015**.

DATED: May 1, 2015        DORSEY & WHITNEY LLP

By:  s/David A. Couillard
     David A. Couillard

Attorneys for Defendant/Counterclaim Plaintiff
OPTUMINSIGHT, INC.

DATED: May 1, 2015        ARMSTRONG TEASDALE LLP

By:  s/Richard L. Brophy
     Richard L. Brophy

Attorneys for Plaintiff/Counterclaim Defendant
CAVE CONSULTING GROUP, INC.

# ~~PROPOSED~~ ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: 5/6/2015

HONORABLE EDWARD J. DAVILA
UNITED STATES DISTRICT JUDGE

-4-

JOINT STIPULATION AND [PROPOSED] ORDER TO
MODIFY POST-TRIAL BRIEFING DEADLINES                    CASE NO. 5:11-CV-0469-EJD