UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CAVE CONSULTING GROUP, LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>OPTUMINSIGHT, INC.,<br><br>    Defendant. | Case No.  5:11-cv-00469-EJD<br><br>**ORDER RE: HEARING ON AUGUST 26, 2015** |

With regard to the hearing scheduled for August 27, 2015, the court orders as follows:

1. The court will hear argument on Plaintiff's Motion to Set an Ongoing Royalty Rate. Plaintiff will be permitted 25 minutes for an initial presentation on that issue, and Defendant will be permitted 25 minutes for its response. Plaintiff will then be permitted 15 minutes to reply.

2. The court will also hear argument on Plaintiff's Motion to Amend the Judgment to Include Pre-Judgment Interest, Post-Judgment Interest, and Supplemental Damages. Each side will be permitted 20 minutes for presentations related to that motion.

3. Before concluding the hearing, the court will permit each side a 20-minute summation period to address any other issue not specifically designated above.

**IT IS SO ORDERED.**

Dated: August 24, 2015

EDWARD J. DAVILA
United States District Judge