UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CAVE CONSULTING GROUP, LLC,<br><br>Plaintiff,<br><br>v.<br><br>OPTUMINSIGHT, INC.,<br><br>Defendant. | Case No. 11-cv-00469-EJD<br><br>**ORDER RE: MOTION FOR LEAVE TO RESPOND TO MOTION FOR RECONSIDERATION**<br><br>Re: Dkt. No. 458 |

Pursuant to Civil Local Rule 7-9(d), Defendant OptumInsight, Inc. is granted leave to file a response to Plaintiff Cave Consulting Group, LLC's Motion for Reconsideration (Docket Item No. 457), if any, on or before December 12, 2016. Any response brief shall not exceed three pages in length. No reply brief shall be filed or considered. At that time and unless otherwise noticed, the Motion will be deemed submitted for decision and the court will issue an order based on the pleadings.

**IT IS SO ORDERED.**

Dated: December 1, 2016

EDWARD J. DAVILA
United States District Judge

1
Case No.: 11-cv-00469-EJD
ORDER RE: MOTION FOR LEAVE TO RESPOND TO MOTION FOR RECONSIDERATION