UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CAVE CONSULTING GROUP, LLC,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>OPTUMINSIGHT, INC.,<br><br>　　　　　Defendant. | Case No.  5:11-cv-00469-EJD<br><br>**ORDER DENYING PLAINTIFF'S SECOND ADMINISTRATIVE MOTION TO SUPPLEMENT THE RECORD; DENYING ADMINISTRATIVE MOTIONS TO FILE UNDER SEAL**<br><br>Re: Dkt. Nos. 474, 475, 476 |

Plaintiff Cave Consulting Group, Inc. ("CCGroup") has filed a motion to supplement the record regarding its Motion for Permanent Injunction and to Set Ongoing Royalty Rate (Dkt. No. 385-6), as well as a motion to file under seal certain materials submitted therewith. Dkt. Nos. 474, 475. Defendant OptumInsight, Inc. ("OptumInsight,") has filed a response, also accompanied by a motion to file under seal certain portions of its submission. Dkt. No. 476.

On September 7, 2016, the Court denied CCGroup's Motion for Permanent Injunction and to Set Ongoing Royalty Rate, determining that "it would be appropriate to delay the consideration of evidence and calculating the ongoing royalty rate until after the completion of the appeals in this case." Dkt. No. 456 at 45. CCGroup filed a motion seeking reconsideration of the Court's decision to delay its determination of an ongoing royalty rate, Dkt. No. 457, and with the Court's leave, OptumInsight filed a response, Dkt. No. 473. In its response, OptumInsight argued that the same jurisdictional issues raised in CCGroup's motion for reconsideration are currently being considered by the Federal Circuit, as OptumInsight has appealed the Court's decision to the

1 Federal Circuit and the parties have now fully briefed a motion to dismiss at the Federal Circuit on
2 the same grounds. Dkt. 473 (citing *Cave Consulting Group, Inc. v. OptumInsight, Inc.*, No. 17-
3 1060 (Fed. Cir.), Dkt. Nos. 26, 27, 28). This point is persuasive to the Court, as the Federal
4 Circuit is the more appropriate judge of its own jurisdiction. Further, the Court does not want to
5 take any action that may alter or disrupt the Federal Circuit's current consideration of CCGroup's
6 motion to dismiss. As such, the Court will delay consideration of CCGroup's motion for
7 reconsideration until the Federal Circuit has decided CCGroup's motion to dismiss or until
8 otherwise necessary or appropriate.

Because the Court is, at present, delaying its decision on CCGroup's motion for reconsideration, there is no current need to supplement the record. As such, the Court DENIES WITHOUT PREJUDICE CCGroup's motion to supplement the record. Further, because the Court is not presently accepting CCGroup's supplemental material, its motion to seal is DENIED as moot. OptumInsight's motion to seal is also DENIED as moot.

**IT IS SO ORDERED.**

Dated: February 13, 2017



EDWARD J. DAVILA
United States District Judge

2
Case No.: 5:11-cv-00469-EJD
ORDER DENYING PLAINTIFF'S SECOND ADMINISTRATIVE MOTION TO
SUPPLEMENT THE RECORD; DENYING ADMINISTRATIVE MOTIONS TO FILE UNDER
SEAL