UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CAVE CONSULTING GROUP, LLC,<br><br>Plaintiff,<br><br>v.<br><br>OPTUMINSIGHT, INC.,,<br><br>Defendant. | Case No. 11-cv-00469-EJD<br><br>**ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL FOR DEFENDANT/COUNTERCLAIM PLAINTIFF**<br><br>Re: Dkt. No. 481 |

Before the Court is a motion by Thomas Vitt to withdraw as counsel *pro hac vice* for Defendant OptumInsight, Inc., f/k/a Ingenix, Inc. ("OptumInsight"). Dkt. No. 408. Mr. Vitt represented OptumInsight as part of his employment at Dorsey & Whitney LLP, but has since changed firms. *Id*. at 2. OptumInsight, however, continues to be represented by Dorsey & Whitney LLP. *Id*. Plaintiff Cave Consulting Group, LLC ("Cave") does not appear to oppose this motion, as it did not file an opposition brief, which was due on May 3, 2017.

Given the lack of opposition and the fact that all parties remain represented in this matter, the Court GRANTS the motion to withdraw.

**IT IS SO ORDERED.**

Dated: May 5, 2017

_____
EDWARD J. DAVILA
United States District Judge